**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RODNEY MCINTOSH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:14CV01426 ERW |
| | ) | |
| JAY CASSADY, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Petitioner Rodney McIntosh's notice to the Court he "declines to file an objection to Magistrate recommendations as he does not know how and the law clerks will be terrorized by state agents if they even hint helping Petitioner and procedure is to terrorize others trying to help Petitioner" [35].

Petitioner filed a Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody [ECF No. 1] on August 15, 2015. On August 15, 2017, Magistrate Judge Abbie Crites-Leoni issued her Order and Report and Recommendation denying Petitioner's Petition [ECF No. 27]. Petitioner filed two motions for extensions of time to file objections, both of which were granted by this Court. Rather than file objections, Petitioner filed a Motion for Leave to Appeal In Forma Pauperis by Affidavit of Poverty [ECF No. 32]. Petitioner did not file any objections by the time the period to file objections had lapsed on October 2, 2017. After reviewing the well-reasoned Report and Recommendation as well as the relevant case law, the Court adopted Report and Recommendation and denied Petitioner's Petition for a writ of habeas corpus [ECF No. 34].

Petitioner now files the notice pending before this Court. Petitioner's notice is frivolous and any relief he seeks is denied.

So Ordered this 27th day of October, 2017.

E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE